# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Wilkes-Barre)

| | |
|---|---|
| IN RE:<br>SANDRA M BELLO<br>    Debtor | Case No. 5:20-bk-03480-MJC |
| Deutsche Bank National Trust Company, as Trustee for Ameriquest Mortgage Securities Inc., Asset-Backed Pass-Through Certificates, Series 2006-R2,<br>    Movant | Chapter 13 |
| vs.<br>SANDRA M BELLO<br>aka Sandra Marie Bello<br>aka Sandra Bello<br>    And<br>MICHAEL BELLO (NON-FILING CO-DEBTOR)<br>    Respondents | 11 U.S.C. §362 and §1301 |

## ORDER

**AND NOW**, this ____ day of _____, 2023, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court.

_____
Honorable Mark J. Conway
United States Bankruptcy Judge